1
2
3
4
5
6
7

JS-6

8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | JAIME GARCIA,
12 |             Petitioner
13 |       v.
14 | RICHARD B. IVES,
15 |             Respondent.
16

Case No. CV 15-4722-JFW (GJS)

JUDGMENT

17         Pursuant to the Court's Order:  Granting Motion To Dismiss; Summarily
18 Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,
19

20         IT IS ADJUDGED that the above-captioned case is dismissed without
21 prejudice.
22
23
24 DATED:  April 20, 2016

25                                        _____
26                                        JOHN F. WALTER
27                                        UNITED STATES DISTRICT JUDGE
28